No. 489. ENAMELED METALS CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. ▮
▮ Argued April 23, 1931. Decided April 27, 1931. *Per Curiam:* Judgment affirmed. *Williamsport Wire Rope Co.* v. *United States,* 277 U. S. 551. *Messrs. S. Leo Ruslander* and *Clarence N. Goodwin,* with whom *Messrs. George R. Beneman* and *Samuel Kaufman* were on the brief, for petitioner. *Assistant Attorney General Rugg* argued the

cause and *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key* and *Andrew D. Sharpe,* Special Assistants to the Attorney General, *Paul D. Miller, Clarence M. Charest,* General Counsel, Bureau of Internal Revenue, and *James K. Polk,* Special Attorney, filed a brief for respondent.